IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------  :
UNITED STATES OF AMERICA                                :
                                                        : CASE NO.  5:05 cr 131-48
                                          Plaintiff     :
                                                        :
                    -vs-                                :
                                                        :
ROSS CIPOLLA                                            :
                                                        :
                                          Defendant     :
------------------------------------------------------  :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Defendant, Ross Cipolla,  was sentenced on 29 August 2006.  This case is before the Court on a Notice of  Appeal, with a request to have the Court appoint counsel,  which was filed by Ross Cipolla (Doc. #975).   The Court appoints Philip Korey, 410 Leader Building, 526 Superior Avenue East,  Cleveland, Ohio 44114 (216/771-7030) to represent the defendant on appeal.  The Clerk is directed to send a copy of this order to Mr. Korey at the address given above.

     IT IS SO ORDERED.

                                                                          /s/Lesley Wells
                                                    UNITED STATES DISTRICT JUDGE

Dated: 25 September 2006